IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CARL GREIG | § | |
| v. | § | No. 5:23-CV-00030-JRG-JBB |
| TEXAS A&M UNIVERSITY TEXARKANA | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. On January 26, 2024, the Magistrate Judge issued a Report and Recommendation, recommending Defendant's Motion to Dismiss Plaintiff's First Amended Original Complaint (Docket No. 17) be denied.

No objections have been filed to the Report and Recommendation. Thus, any aggrieved party is barred from *de novo* review by the district court of the proposed findings and recommendations of the Magistrate Judge. The Court, having reviewed the Report and Recommendation, is of the opinion the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that Defendant's Motion to Dismiss Plaintiff's First Amended Original Complaint (Docket No. 17) is **DENIED**.

So ORDERED and SIGNED this 15th day of February, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE