**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| CARL GREIG, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 5:23-cv-00030-JRG-JBB |
| | § | |
| TEXAS A&M UNIVERSITY | § | |
| TEXARKANA, | § | |
| *Defendant.* | § | |

**ORDER GRANTING DEFENDANT'S MOTION TO
WITHDRAW AND SUBSTITUTE COUNSEL**

Before the Court is Defendant's Motion to Withdraw and Substitute Counsel. Dkt. No. 23. The Court, having considered the motion and noting it is unopposed, is of the opinion that the motion should be **GRANTED**. It is therefore **ORDERED** that Assistant Attorney General Farha Rizvi be withdrawn as Counsel of Record, and that Assistant Attorney General Evan W. Weltge be entered as Attorney in Charge for Defendant in this cause. The Clerk is directed to withdraw Ms. Rizvi from filing notifications and send all filing notices to Assistant Attorney General Evan W. Weltge.

SO ORDERED.

SIGNED this the 26th day of February, 2024.

_____

J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE