IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

### Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 5:23-CV-00030
2. Style of case: CARL GREIG vs TEXAS A&M UNIVERSITY TEXARKANA
3. Nature of suit: CIVIL.
4. Method of ADR used:   **X Mediation**      ☐ Mini-Trial      ☐ Summary Jury Trial
5. Date ADR session was held: 11/21/24
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.         ☐ Settled, in part, as result of ADR

   ☐ Settled as a result of ADR.              ** Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $3500.00
8. Duration of ADR: Full Day  (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   KENNETH J RUBENSTEIN – MEDIATOR
   ELIZABETH LAMBERSON – PLA ATTY
   KELSEY WARREN – DEF ATTY

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    //KENNETH RUBENSTEIN//

    Signature

    6333 East Mockingbird Lane, Dallas, TX 75214
    Address

    November 21, 2024
    Date

    (214)528-1411
    Telephone