IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| CARL GREIG § § | |
| v. § § § | Case No. 5:23-CV-00030-JRG-JBB |
| TEXAS A&M UNIVERSITY - § TEXARKANA | |

**ORDER RESETTING PRETRIAL CONFERENCE**

This pretrial conference is **RESET** to **March 3, 2025, at 10:00 a.m.**, in J. Baxter's courtroom in Texarkana, Texas. The following topics will be addressed:

- General trial logistics and concerns
- Oral argument on Plaintiff's MIL No. 3 and Defendant's MIL No. 7
- Any outstanding objections to exhibits
- Any outstanding deposition designation objections *for deposition excerpts that may be used on the first day of trial*

To prepare for the pretrial conference, the Parties shall file the following, no later than **February 24, 2025**:

(1) A joint exhibit list that identifies all proposed exhibits and any specific evidentiary objections raised by the non-offering party. The contested exhibits shall be attached (under seal if necessary). To the extent a party finds it helpful, the party may attach a notice that *briefly* provides the basis of any objection it raises. Such notice is optional, and no written response is necessary.

(2) Any deposition designation objections for deposition excerpts that may be used on the first day of trial. The contested deposition excerpts shall be attached (under seal if necessary).

**IT IS SO ORDERED.**
SIGNED this the 3rd day of February, 2025.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE