# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| CARL GREIG, § | |
|    *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 5:23-cv-00030 |
| § | |
| TEXAS A&M UNIVERSITY § | |
| TEXARKANA, § | |
|    *Defendant*. § | |

## JOINT ADVISORY REGARDING MOTIONS IN LIMINE

Plaintiff Carl Greig ("Plaintiff") and Defendant Texas A&M University at Texarkana ("TAMU") or "Defendant") file this Advisory regarding the parties' agreements regarding their respective Motions in Limine and would respectfully show as follows.

Plaintiff agrees to all Defendant's Motions in Limine, except for Defendant's Motion in Limine No. 7, "[a]ny comment or suggestion that any missing documents would prove the matter at issue."

Defendant agrees to all of Plaintiff's Motions in Limine except for Motion in Limine Number Three (3), "EVIDENCE OF CERTAIN REASONS FOR TERMINATION."

Respectfully submitted,

Amy Carter
State Bar No. 24004580
amy@clgtrial.com
**CARTER LAW GROUP, P.C.**
633 W. Davis St.
Dallas, TX 75208
(214) 390-4173 (Telephone)

Michael E. Coles
State Bar No. 24007025
mikec@colesfirm.com
**THE COLES FIRM**
8080 N. Central Expy., Ste. 1700
Dallas, Texas 75206
(214) 443-7860 (Telephone)

**THE LAMBERSON LAW FIRM PC**
6333 E. Mockingbird Ln., Suite 147-524
Dallas, Texas 75214
(214) 288-2443 (Telephone)
(214) 602-5796 (Facsimile)

By: _____
Elizabeth Lamberson
State Bar No. 24027044
lizl@colesfirm.com

>K<small>EN</small> P<small>AXTON</small>
>Attorney General of Texas
>
>B<small>RENT</small> W<small>EBSTER</small>
>First Assistant Attorney General
>
>R<small>ALPH</small> M<small>OLINA</small>
>Deputy First Assistant Attorney General
>
>J<small>AMES</small> L<small>LOYD</small>
>Deputy Attorney General for Civil Litigation
>
>K<small>IMBERLY</small> G<small>DULA</small>
>Chief for General Litigation Division
>
>*/s/ Kelsey L. Warren*
>K<small>ELSEY</small> L. W<small>ARREN</small>
>Assistant Attorney General
>Texas Bar No. 24095736
>Southern District ID. No. 3050512
>Office of the Attorney General
>General Litigation Division
>P.O. Box 12548, Capitol Station
>Austin, Texas 78711-2548
>(512) 463-2120 | FAX: (512) 320-0667
>kelsey.warren@oag.texas.gov
>
>**A<small>TTORNEY FOR</small> D<small>EFENDANT</small> U<small>NIVERSITY OF</small> T<small>EXAS AT</small> T<small>EXARKANA</small>**

## CERTIFICATE OF SERVICE

I certify that that on February 28, 2025, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

_____
Elizabeth Lamberson

3