IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **CARL GREIG,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 5:23-cv-00030-JRG-JBB |
| | § | |
| **TEXAS A&M UNIVERSITY - TEXARKANA,** | § | |
| | § | |
| **Defendant.** | § | |

### ORDER ON PLAINTIFF'S MOTION IN LIMINE

In addition to any matters listed in any standing Order in Limine used by this Honorable Court, this Motion refers to any reference to, allegations of, reports or solicited testimony (sworn or unsworn) by Defendant's attorneys, Defendant, or any witness regarding the following specific matters:

1. Any reference to testimony, assertions, documents referencing or relating in any manner to any settlement negotiations between Plaintiff and Defendant, including all settlement negotiations and conduct prior to the inception of Plaintiff's lawsuit.

    ___x___ AGREED          _____ GRANTED          _____ DENIED

2. Any evidence of any criminal conviction that occurred more than ten years prior to the date of the trial of the above-referenced cause.

    ___x___ AGREED          _____ GRANTED          _____ DENIED

3a. Any reference to Plaintiff's handling of any alleged shortage of on-campus housing for any student of Texas A&M University – Texarkana during Plaintiff's employment.

    __x____ AGREED          _____ GRANTED          _____ DENIED

  3b. Any reference to Plaintiff's handling of a complaint by a disabled student, Alana Lowery.

  _____ AGREED  _____ GRANTED  \_\_x\_\_\_\_ DENIED

  3c. Any reference to Plaintiff's handling of a complaint by a student identified as "M.M." concerning another student using the word "Nigga" in M.M.'s presence.

  _____ AGREED  _____ GRANTED  \_\_x\_\_\_ DENIED

  4.A. Any reference, statement, or inquiry to the jury regarding the probable testimony of a witness who is absent, unavailable, or not called to testify in this cause and thereby not subject to examination by Plaintiff's counsel.

  \_\_\_x\_\_\_ AGREED  _____ GRANTED  _____ DENIED

  4.B. Any evidence, testimony, assertions, or documents referring or relating in any manner to suggestions that Plaintiff, his witnesses, or his counsel have refused or allegedly refused, and/or failed to produce or cause to be produced:

  1. any evidence that is either privileged under applicable law or rules;

  2. evidence that was not required by court order to be produced or to which Plaintiff objected and Defendants did not further pursue to obtain a definitive order from the court as to the production of such documents; and

  3. any reference to any and all objections made by Plaintiff in his written discovery responses, and any reference to Plaintiff's refusal to answer questions to which objections were made.

  \_\_\_x\_\_\_ AGREED  _____ GRANTED  _____ DENIED

      4.C.   Any testimony, evidence, or argument, direct or indirect, which would inform the jury which jury questions ultimately submitted to the jury were originally submitted by Plaintiff or other parties, or otherwise identifying the questions with a particular party. Additionally, any testimony, evidence, or argument, direct or indirect, which would inform the jury of the effect of its answers to specific jury questions.

   \_\_x\_\_ AGREED      _____ GRANTED      _____ DENIED

      4.D.1.  Any evidence, testimony, assertions, or documents referring or relating in any manner to any testimony in the form of opinion by witnesses not qualified to give that opinion.

   \_\_x\_\_ AGREED      _____ GRANTED      _____ DENIED

      4.D.2.  The testimony or reference to the testimony of any witness that Defendants have not properly or fully disclosed in Defendants' Initial Disclosure to Plaintiff, Defendants' Pretrial Disclosures, or any other disclosure required of Defendants.

   \_\_x\_\_ AGREED      _____ GRANTED      _____ DENIED

Accordingly, it is ORDERED that the parties, their witnesses and counsel shall not raise, discuss or argue the subject of any granted motion in limine before the venire panel or the jury without prior leave of the Court.

SIGNED this the 3rd day of March, 2025.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE