**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| CARL GREIG, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 5:23-cv-00030 |
| | § | |
| TEXAS A&M UNIVERSITY | § | |
| TEXARKANA, | § | |
| *Defendant.* | § | |

---

## ORDER GRANTING DEFENANT'S MOTION TO APPEAR

---

BE IT REMEMBERED that on this day, the Court having considered Defendant Texas A&M University Texarkana ("TAMUT"), Motion to Appear via Zoom at the March 10, 2025 mediation.

After Consideration of the motion, the Court has found it meritorious. Therefore, the Motion to Appear via Zoom should be granted.

IT IS THEREFORE ORDERED that the Defendant's Motion to Appear via Zoom is GRANTED.

SO ORDERED

SIGNED this the 5th day of March, 2025.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE