IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| CARL GREIG,<br><br>   **Plaintiff**<br><br>v.<br><br>**TEXAS A & M UNIVERSITY-TEXARKANA**<br><br>   **Defendant** | §<br>§<br>§<br>§<br>§  NO. 5:23-cv-30<br>§<br>§<br>§<br>§<br>§<br>§ |

### MEDIATOR'S REPORT

  In accordance with the Court's Order, a mediation conference was held on March 10, 2025.

The mediation resulted in an IMPASSE.

  SIGNED this the 26th day of March, 2025.

                 */S/ Randy Akin*
                 **MEDIATOR**

### CERTIFICATE OF SERVICE

  The undersigned certified that the foregoing instrument was filed electronically on this the 26th day of March, 2025.

                 */S/ Randy Akin*
                 **G.R. (RANDY) AKIN**