# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| CARL GREIG | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 5:23-cv-00030-JRG-JBB |
| | § | |
| TEXAS A&M UNIVERSITY - TEXARKANA | § | |
| | § | |
| Defendant. | § | |

## ORDER REGARDING EXHIBITS

The Court enters this order *sua sponte*. Due to the number of exhibits expected to be tendered during the trial of this case, the Court **ORDERS** the following:

A.  On the first day of trial, each party is required to have on hand the following:

  (1)  **One (1) copy of their respective original exhibits**. Each exhibit shall be properly labeled with the following information: Identified as either Plaintiff's, Defendant's or Joint Exhibit, the Exhibit Number and the Case Number. In addition, exhibits shall be placed in properly marked letter size manilla folders and contained in a box with handles.

  (2)  **Three (3) hard copies of their exhibit list and witness list**. These lists shall reflect all pretrial evidentiary rulings and shall be tendered to the Courtroom Deputy at the beginning of trial.

B.  During trial and on a daily basis, each party shall tender to the Court a new list reflecting any additional exhibits admitted the previous day.

C. The form of the list referenced in Paragraphs A.(2) and B. shall conform with Form AO 187 and AO 187A (*available at* http://www.uscourts.gov/forms/other-forms).

D. At the conclusion of the evidentiary phase of trial, each party is to gather **only those exhibits admitted during trial** and tender those to the Courtroom Deputy.

E. At the conclusion of trial, all boxes of exhibits shall be returned to the respective parties and the parties are instructed to remove these exhibits from the courtroom.

F. Immediately following or within five business days of the conclusion of trial, each party shall submit to the Courtroom Deputy a Final Exhibit List of all exhibits admitted during trial for filing on the docket.

G. Immediately following or within five business days of the conclusion of trial, each party shall submit to the Courtroom Deputy a thumb drive containing their respective **admitted** trial exhibits in PDF format with the exception of sealed exhibits. Sealed exhibits shall be submitted on a separate thumb drive **or** partitioned in a separate file within the **admitted** trial exhibits thumb drive. If tangible or over-sized exhibits are admitted, such exhibits shall be substituted with a photograph to be converted to a PDF file and shall be included in the Court's thumb drive of admitted exhibits.

H. After verification of final exhibit lists, the Courtroom Deputy shall file and docket the lists, and the thumb drive(s) containing the exhibits in PDF format shall be stored in the Clerk's Office, Texarkana Division.

**So ORDERED and SIGNED this 16th day of April, 2025.**

                                                  RODNEY GILSTRAP  
                                                UNITED STATES DISTRICT JUDGE