IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CARL GREIG, | § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| TEXAS A&M UNIVERSITY TEXARKANA, | § § § | CIVIL ACTION NO. 5:23-CV-30-JRG |
| *Defendant*. | § § | |

## ORDER

The Court enters this Order *sua sponte*. Anticipating that the Court might benefit from an update by the parties of their Joint Proposed Jury Instruction (Dkt. No. 49), counsel for Plaintiff and Defendant are **ORDERED** to immediately meet and confer regarding the same and jointly file an updated Proposed Jury Instruction and Verdict Form no later than 11:00 p.m. Central Daylight Time on Monday, May 12, 2025.

**So ORDERED and SIGNED this 8th day of May, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE