IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| CARL GREIG, <br>   *Plaintiff*, <br> v. <br> TEXAS A&M UNIVERSITY TEXARKANA, <br>   *Defendant*. | § § § § § § § § § §   CIVIL ACTION NO. 5:23-CV-30-JRG |

## ORDER

Before the Court is Plaintiff's Motion to Supplement Juror Notebooks (Dkt. No. 83). Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, the Court will supplement the notebooks provided by the parties with pages that include the language of Paragraphs 6 through 15 of Plaintiff's Complaint. The language will be reprinted verbatim, but the paragraphs will be renumbered to avoid confusion.

**So Ordered this**

**May 9, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE