IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CARL GREIG, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-30-JRG |
| TEXAS A&M UNIVERSITY TEXARKANA, | § § § | |
| *Defendant*. | § § | |

## **VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS

## PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT

## COMPLIES WITH THEM

## QUESTION NO. 1

Did Plaintiff Carl Greig prove by a preponderance of the evidence that Defendant Texas A&M University Texarkana's termination of Plaintiff Carl Greig's employment was motivated by his race?

Yes: __✓__   **OR**   No: _____

**If you answered "NO" to Question No. 1, then you SHOULD NOT answer any other question, and in that case proceed directly to the final page of the Verdict Form.**

**If you answered "YES" to Question No. 1, then answer Question Nos. 2, 3, and 4.**

## QUESTION NO. 2

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Carl Greig for the damages, if any, you have found Defendant Texas A&M University Texarkana caused Plaintiff Carl Greig?

Answer in dollars and cents for the following items and no others:

Wages, salary, employment benefits, or other compensation denied or lost from August 18, 2022, to present:

$ _90,412.00_____

# QUESTION NO. 3

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Carl Greig for the damages, if any, you have found Defendant Texas A&M University Texarkana caused Plaintiff Carl Greig?

Answer in dollars and cents for the following items and no others:

Wages, salary, employment benefits, or other compensation denied from the present until a reasonable date in the future:

$ _707,688.00_

## QUESTION NO. 4

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Carl Greig for the compensatory damages, if any, you have found Defendant Texas A&M University Texarkana caused Plaintiff Carl Greig?

Answer in dollars and cents for the following items and none other:

Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

$ __250,000_____

Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

$ __0_____

## **FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and you should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this  _13_  day of May, 2025.

_____
Jury Foreperson