# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| CARL GREIG, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-30-JRG |
| | § | |
| TEXAS A&M UNIVERSITY | § | |
| TEXARKANA, | § | |
| *Defendant.* | § | |
| | § | |

## ORDER

The Court issues this Order *sua sponte*.  The Court is of the opinion that the parties in this case might benefit from a post-verdict effort to resolve their disputes via continued mediation.

Accordingly, the Court **ORDERS** the parties to mediate in this case promptly and at a mutually agreeable date as soon as practical but no later than forty-five (45) days from the date of this Order.  The mediation shall be conducted by Mr. G. R. "Randy" Akin, 3400 W. Marshall Ave. No. 300, Longview, Texas, (903) 297-8929.

To ensure that such mediation is as productive as possible, the Court **ORDERS** the following individuals to personally attend the mediation: (1) counsel for Plaintiff, including but not limited to Mr. Mike Coles and Liz Lamberson, (2) counsel for Defendant, including but not limited to Ms. Kelsey Warren, (3) Plaintiff Carl Greig and his spouse, and (4) representatives from both Texas A&M University Texarkana as well as the Texas A&M University System who collectively have full authority to act on and compromise all pending disputes.  Once it begins, no party or representative shall leave the mediation session without the express approval of the mediator.  The district's applicable local rules shall otherwise govern and apply in all respects.

To facilitate this effort, the Court will delay entry of final judgment pursuant to the jury's verdict until a written report of such mediation is communicated to the Court by the mediator.

**So ORDERED and SIGNED this 14th day of May, 2025.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE