≋AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __TEXAS__

Carl Greig

**EXHIBIT AND WITNESS LIST**

V.

Texas A&M University-Texarkana

Case Number: 5-23-cv-0030-JRG-JBB

| PRESIDING JUDGE<br>Judge Rodney Gilstrap | PLAINTIFF'S ATTORNEY<br>Michael E. Coles; Elizabeth Lamberson | DEFENDANT'S ATTORNEY<br>Kelsey Warren; Steven DeVinney |
|---|---|---|
| TRIAL DATE(S)<br>May 12-13, 2025 | COURT REPORTER<br>Shawn McRoberts, RMR, CRR | COURTROOM DEPUTY<br>Andrea Brunson, CP |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5-12-25 | X | X | Plaintiff's Employee Evaluations for 2017-18 PL0046-PL0050 |
| 2 | | 5-12-25 | X | X | Plaintiff's Employee Evaluations for 2018-19 PL0052-PL0056 |
| 3 | | 5-12-25 | X | X | Plaintiff's Employee Evaluations for 2019-20 PL0057-PL0061 |
| 4 | | 5-12-25 | X | X | Plaintiff's Employee Evaluations for 2021 TAMU000136-TAMU000142 |
| 5 | | 5-12-25 | X | X | Email between Charlotte Banks and Jill Whittington TAMU000117 |
| 6 | | 5-12-25 | X | X | July 27, 2022, Memo from Toney Favors to Emily Cutrer TAMU000004 |
| 7 | | 5-12-25 | X | X | October 21, 2021, Memo from Charlotte Banks to Toney Favors TAMU000818-000822 |
| 8 | | 5-12-25 | X | X | August 17, 2022, Resignation Letter from Carl Greig, TAMU000003 |
| 12 | | 5-12-25 | X | X | September 28, 2021, Emails between Plaintiff and Rick Olshak PL0079-PL0080 |
| 13 | | 5-12-25 | X | X | August 31, 2021, Emails between Plaintiff and David Halpern PL0081-PL0084 |
| | | | | | |
| | 2 | 5/12/25 | X | X | July 27, 2022, Memo from Toney Favors to Emily Cutrer TAMU_000004 |
| | 12 | 5/12/25 | X | X | Housing violation reports TAMU_000672 - TAMU_000721 |
| | | | | | |
| | | | | | Trial Witnesses -- Day 1 (in the order in which they appeared at trial) |
| | | 5/12/25 | | | Celeste McNiel |
| | | 5/12/25 | | | Charlotte Banks |
| | | 5/12/25 | | | Carl Greig |
| | | 5/12/25 | | | Toney Favors |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

[New Page] [Print] [Save As...] [Export as FDF] [Retrieve FDF File] [Reset]