**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **CARL GREIG,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **NO. 5:23-cv-30-JRG** |
| | § | |
| **TEXAS A&M UNIVERSITY-TEXARKANA** | § | |
| | § | |
| **Defendant** | § | |
| | § | |

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on June 23, 2025. The mediation resulted in an impasse; however, after further negotiations, the case has now SETTLED.

SIGNED this the 11th day of July, 2025.

_____/S/ Randy Akin_____
**MEDIATOR**

## CERTIFICATE OF SERVICE

The undersigned certified that the foregoing instrument was filed electronically on this the 11th day of July, 2025.

_____/S/ Randy Akin_____
**G.R. (RANDY) AKIN**