IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CARL GREIG, | § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| TEXAS A&M UNIVERSITY TEXARKANA, | § § § | CIVIL ACTION NO. 5:23-CV-30-JRG |
| *Defendant.* | § § | |

## ORDER

Before the Court is the Joint Motion to Extend Deadline to File Dismissal Papers (Dkt. No. 98) filed by Plaintiff Carl Greig and Defendant Texas A&M University-Texarkana. In the Motion, the parties represent that they have "negotiated and executed a written settlement" but that they "need additional time to process the settlement payment before they can effect dismissal." (*Id.* at 1). For that reason, the parties request a thirty (30) day extension of the Court's previously granted stay. (*Id.*).

Having considered the Motion, and noting that it was filed jointly, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all deadlines in the above-captioned case shall remain **STAYED** up to and including September 17, 2025, during which appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 19th day of August, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE