# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| CARL GREIG, § | |
|     *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 5:23-cv-00030-JRG-JBB |
| § | |
| TEXAS A&M UNIVERSITY § | |
| TEXARKANA, § | |
|     *Defendant*. § | |

## ORDER OF DISMISSAL

On this day, the Court considered Plaintiff Carl Greig and Defendant Texas A&M University – Texarkana's Stipulation of Dismissal. Docket No. 100. After considering the Stipulation and the pleadings on file with the Court, this Court is of the opinion that the claims asserted by Plaintiff should be dismissed with prejudice to refiling. It is, therefore,

**ORDERED** that Plaintiff's claims against Defendant are hereby dismissed with prejudice to refiling, with each party to bear their own costs, fees, and expenses.

All relief not previously granted is DENIED.

The Clerk is directed to CLOSE this civil action.

**So ORDERED and SIGNED this 19th day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE